UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTONI A. RUMIERZ,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF, PASSAIC COUNTY JAIL, et al.,<br><br>Defendants. | Civ. Action No. 02-6146 (KSH)<br><br>ORDER |

**KATHARINE S. HAYDEN, U.S.D.J.**

**THIS MATTER** having come before the Court on plaintiff's motion for summary judgment; the Court having considered the written submissions by the parties, and for good cause shown and for the reasons more fully set forth in the **opinion** filed herewith,

**It is** on this 27th day of October, 2006;

**ORDERED** that plaintiff's motion for summary judgment appearing on the docket as entry #s 69 and 70 are **denied**.

/s/ Katharine S. Hayden

Katharine S. Hayden, U.S.D.J.